# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Olifant Fund, Limited v. The Republic of Argentina**  Docket No.: **16-650**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Michael A. Paskin

Firm: Cravath, Swaine & Moore LLP

Address: 825 Eighth Avenue, New York, NY 10019

Telephone: 212-474-1000  Fax: 212-474-3700

E-mail: mpaskin@cravath.com

Appearance for: The Republic of Argentina
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Carmine Boccuzzi, Jr./Cleary Gottlieb Steen & Hamilton LLP)
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on May 16, 2013  OR

☐ I applied for admission on .

Signature of Counsel: /s/ Michael A. Paskin

Type or Print Name: Michael A. Paskin